IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH PILGRIM,

    Plaintiff,

  v.

CONTINENTAL CASUALTY COMPANY, and DOES 1 through 25, inclusive,

    Defendants.

/

No. Civ. S-04-2573 DFL GGH

STATUS (Pre-trial Scheduling) ORDER

After review of the Joint Case Management Statement, the court makes the following order:

## MOTION HEARINGS SCHEDULES

Defendants' Motion for Summary Judgment shall be filed by July 27, 2005. Plaintiff's Opposition and Cross-Motion shall be filed by August 24, 2005. Defendants' Opposition to Plaintiff's Cross-Motion and Reply shall be filed by September 14, 2005. Plaintiff's Reply shall be filed by September 28, 2005. Hearing on the motions shall be on October 5, 2005, at 10:00 a.m.

1

THE OPPOSITION AND REPLY MUST BE FILED BY 4:00 P.M. ON THE DAY DUE.

The Court places no page limitations upon the length of the parties' briefs;  however, it is a rare motion that cannot be persuasively and thoroughly argued in 20 pages or less.

Discovery is stayed.  Defendant should make the claim file available to plaintiff for copying.  Plaintiff must make a motion for discovery that demonstrates his entitlement to it under the applicable ERISA case law.

<u>OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER</u>

This Status Order will become final without further Order of Court unless objection is lodged within seven (7) days of the date of the filing of this Order.

IT IS SO ORDERED.

Dated: 4/22/2005

_____
DAVID F. LEVI
United States District Judge

2