1  THOMAS M. HERLIHY (SBN 83615)
   THOMAS K. HOCKEL (SBN 172367)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA  94104
   Telephone:  (415) 951-0535                    **OK/HAV**
4  Facsimile:    (415) 391-7808

5  Attorneys for Defendant
   CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH PILGRIM, | CASE NO. CIV. S-04-2573 DFL GGH |
| Plaintiff, | **STIPULATION TO EXTEND DATES TO FILE AND RESPOND TO MOTION FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER** |
| v. | |
| CONTINENTAL CASUALTY COMPANY and DOES 1 through 25, inclusive, | |
| Defendants. | |

The parties herein, by and through their respective counsel, stipulate to an extension of the Court's Pre-trial Scheduling Order as follows:

| | |
|---|---|
| Last Day for Defendant to File Summary Judgment Motion | August 24, 2005 |
| Last day for Plaintiff to file his Opposition to Summary Judgment and Cross-Motion | September 21, 2005 |
| Last day for Defendant to file its Reply to Plaintiff's Opposition to Summary Judgment and Opposition to Plaintiff's Cross-Motion | October 12, 2005 |

///

///

///

| | |
|---|---|
| Last day for Plaintiff to file his Reply Brief in support of Plaintiff's Cross-Motion | October 26, 2005 |
| Hearing on Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion | November 9, 2005, 10:00 A.M. |

It is so stipulated.

                                            KELLY, HERLIHY & KLEIN LLP

Dated: July ___, 2005                By_____/s/_____
                                                  Thomas K. Hockel
                                              Attorneys for Defendant
                                        CONTINENTAL CASUALTY COMPANY


                                          LAW OFFICES OF JOHN P. HENDERSON

Dated: July ___, 2005                By_____/s/_____
                                                    John P. Henderson
                                              Attorneys for Plaintiff
                                              RALPH PILGRIM

## **ORDER**

Pursuant to the parties' stipulation, which is hereby approved, the foregoing is hereby ordered.

Dated: 7/22/2005

_____
DAVID F. LEVI
United States District Judge

1  E:\24205\P13

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND DATE TO FILE AND TO RESPOND TO
MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION                    CASE NO. CIV. S-04-2573 DFL GGH