1  THOMAS M. HERLIHY (SBN 83615)
   THOMAS K. HOCKEL (SBN 172367)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA  94104
   Telephone:  (415) 951-0535                    **OK/HAV**
4  Facsimile:    (415) 391-7808

5  Attorneys for Defendant
   CONTINENTAL CASUALTY COMPANY
6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 RALPH PILGRIM,                          )   CASE NO. CIV. S-04-2573 DFL GGH
                                           )
12            Plaintiff,                   )   **FURTHER STIPULATION TO**
                                           )   **EXTEND DATES TO FILE AND**
13     v.                                  )   **RESPOND TO MOTION FOR**
                                           )   **SUMMARY JUDGMENT;**
14 CONTINENTAL CASUALTY COMPANY and        )   **AND ORDER THEREON**
   DOES 1 through 25, inclusive,           )
15                                         )
              Defendants.                  )
16 _____ )

---

FURTHER STIPULATION TO EXTEND DATE TO FILE AND TO RESPOND TO
MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION; AND ORDER THEREON

CASE NO. CIV. S-04-2573 DFL GGH

1  The parties herein, by and through their respective counsel, stipulate to a further extension of
2  the Court's Pre-trial Scheduling Order as follows:

| | |
|---|---|
| Last Day for Defendant to File Summary Judgment Motion | September 28, 2005 |
| Last day for Plaintiff to file his Opposition to Summary Judgment and Cross-Motion | October 26, 2005 |
| Last day for Defendant to file its Reply to Plaintiff's Opposition to Summary Judgment and Opposition to Plaintiff's Cross-Motion | November 16, 2005 |
| Last day for Plaintiff to file his Reply Brief in support of Plaintiff's Cross-Motion | November 30, 2005 |
| Hearing on Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion | December 7, 2005 10:00 A.M. |

It is so stipulated.

KELLY, HERLIHY & KLEIN LLP

Dated:  August ___, 2005           By_____
                                           Thomas K. Hockel
                                        Attorneys for Defendant
                                   CONTINENTAL CASUALTY COMPANY


LAW OFFICES OF JOHN P. HENDERSON

Dated:  August ___, 2005           By_____
                                           John P. Henderson
                                        Attorneys for Plaintiff
                                           RALPH PILGRIM

---

FURTHER STIPULATION TO EXTEND DATE TO FILE AND TO RESPOND TO
MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION; AND ORDER THEREON

CASE NO. CIV. S-04-2573 DFL GGH

**ORDER**

Pursuant to the parties' stipulation, which is hereby approved, the foregoing is hereby ordered.

Dated: 9/16/2005

_____
DAVID F. LEVI
United States District Judge

FURTHER STIPULATION TO EXTEND DATE TO FILE AND TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION; AND ORDER THEREON

CASE NO. CIV. S-04-2573 DFL GGH